OPINION — AG — ** STATE SURPLUS PROPERTY FUND — WAREHOUSE SPACE — CONSTRUCTION ** MONEY MAY 'NOT' BE EXPENDED FROM THE " STATE SURPLUS PROPERTY FUND " FOR THE CONSTRUCTION OF A BUILDING OR BUILDINGS, OR FOR THE PURCHASE OF A BUILDING OR BUILDINGS OR MATERIALS FOR THE CONSTRUCTION OF A BUILDING, EITHER ON A STATE OWNED LANDS OR ELSEWHERE. (PROPERTY, PURCHASE, LAND, OFFICE SPACE, STATE AGENCY) CITE: 80 O.S. 34.3 [80-34.3], 80 O.S. 34.6 [80-34.6] (JAMES C. HARKIN)